# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **ADIL H. SULIMAN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16 C 1448 |
| | ) |
| **JOHN H. STROGER, JR. HOSPITAL** | ) |
| **OF COOK COUNTY, IL**, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This pro se action by Adil Suliman ("Suliman") has been reassigned to this Court's calendar because the judge originally assigned under this District's computerized random assignment system, this Court's colleague Honorable Andrea Wood, had to recuse herself due to a conflict of interest. This memorandum order will address some threshold matters posed by Suliman's filing of three Clerk's-Office-supplied forms: a Complaint of Employment Discrimination ("Complaint"), an In Forma Pauperis Application ("Application") and a Motion for Attorney Representation ("Motion").

First, some further filings are needed to flesh out Suliman's allegations in the form Complaint. For one thing, Complaint ¶ 7.1 has been completed by checking off "yes" to the printed allegation that a copy of Suliman's charge filed with the EEOC "is attached" -- but that is not the case. And similarly, Suliman has completed Complaint ¶ 8(b) with an allegation that a copy of EEOC's Notice of Right to Sue "is attached to this complaint" -- and again that is not so.

Accordingly Suliman is ordered to file copies of both of those missing documents as supplements to the Complaint on or before March 21, 2016.[1]

As for the Application, Suliman does not seek in forma pauperis status in the usual sense, for the case docket reflects that his original filing was accompanied by payment of the required $400 filing fee. Instead the Application has been submitted in support of the Motion, which this Court addresses favorably in the next paragraph of this memorandum order. Hence the Application is granted for that purpose.

As for the Motion, Suliman has completed it by identifying a number of lawyers and law firms with whom he has communicated in a search for representation, and all of those efforts have been unsuccessful because of Suliman's inability to meet the attorneys' financial requirements. Consequently the Motion is granted, and this Court has obtained the name of this member of the District Court trial bar to represent Suliman:

> Kristen E. Prinz, Esq.
> The Prinz Law Firm, P.C.
> 1 East Wacker Drive
> Suite 550
> Chicago, Illinois 60601
> 312-212-4450
> Fax: 312-284-4822
> Email: kprinz@prinz-lawfirm.com.

Finally, Dkt. No. 8 reflects this entry:

SUMMONS Returned Executed by Adil H. Suliman to John H. Stroger, Jr. on 2/4/2016, answer due 2/25/2016.

---

[1] Because this District Court's LR 5.2(f) calls for a paper copy of all filings to be provided for assigned judges whose practice is to maintain paper files (and this Court is numbered among that group), those filings should be made in duplicate.

But the Return of Service referred to in that entry, which identifies the person who served the summons as Suliman's wife, refers to the person who was served in these terms: "HR, Krasucki, Nicolas." Because this Court has no way of determining whether that constitutes proper service on the named defendant, the John H. Stroger, Jr. Hospital of Cook County, Illinois, Suliman's above-designated counsel will be expected to look into that as the first order of business.

In all events, this Court is contemporaneously issuing its initial scheduling order in the case. It is set for an initial status hearing at 9 a.m. April 18, 2016.

                                                _____
                                                Milton I. Shadur
                                                Senior United States District Judge

Date: March 7, 2016