IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADIL H. SULIMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16 C 1448 |
| ) | |
| JOHN H. STROGER, JR. HOSPITAL ) | |
| OF COOK COUNTY, IL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This Court's July 1, 2016 memorandum order (the "Order") was the latest of its efforts to bring the Amended Answer of the County of Cook d/b/a John H. Stroger Hospital of Cook County ("Cook County") to the Supplemental Complaint brought against it by Adil Suliman ("Suliman") into an appropriate posture in both form and content. Now Cook County has filed a Second Amended Answer ("SAA") to that Supplemental Complaint, and it has done the job contemplated in the Order:

1. Cook County's earlier objections to the timeliness of this action have been dropped (see SAA ¶ 10).

2. Because the SAA has advanced no affirmative defenses, any problem that the Order identified as to what was then Cook County's Affirmative Defense III has also been eliminated from the case.

Accordingly this action will proceed on the basis of the parties' current pleadings.

_____
Milton I. Shadur
Date: August 4, 2016            Senior United States District Judge